Garrison

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X Emly William   ☐ Agent  ☐ Addressee
B. Received by (Printed Name): Evelyn Williams
C. Date of Delivery: 6-13-05
D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

1. Article Addressed to:
Jimmy Barker, Assistant Superintendent
Montgomery County Board of Education
307 South Decatur Street
Montgomery, AL 36104
2:05cv549 (Cmp + Smns 20 days)

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7000 1670 0012 6259 0888

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

Garrison

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X Emly William   ☐ Agent  ☐ Addressee
B. Received by (Printed Name): Evelyn Williams
C. Date of Delivery: 6-13-05
D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

1. Article Addressed to:
Montgomery County Board of Education
307 South Decatur Street
Montgomery, AL 36104
2:05 CV 0549-SRW (Summ Cmp) 20 days

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7000 1670 0012 6259 0871

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Garrison

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Carlinda Purcell, Superintendent
Montgomery County Board of Education
307 South Decatur Street
Montgomery, AL 36104
2:05cv549 - Comp + Summ 20 Days

2. Article Number (Transfer from service label): 7000 1670 0012 6259 0864

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X Evelyn William   ☐ Agent  ☐ Addressee
B. Received by (Printed Name): Evelyn Williams
C. Date of Delivery: 6-13-05
D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☒ Yes

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

Garrison

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jacky Todd
Montgomery County Board of Education
307 South Decatur Street
Montgomery, AL 36104
2:05cv549 Comp + Summ 20 Days

2. Article Number (Transfer from service label): 7000 1670 0012 6259 0901

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X Evelyn William   ☐ Agent  ☐ Addressee
B. Received by (Printed Name): Evelyn Williams
C. Date of Delivery: 6-13-05
D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540