**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

July 6, 2005

# NOTICE OF REASSIGNMENT

Re:   Bobby Garrison v. Montgomery County Board of Education, et al.
       Civil Action No. #2:05-cv-00549-SRW

The above-styled case has been reassigned to Judge W. Harold Albritton, III..

Please note that the case number is now #2:05-cv-00549-WHA-SRW.  This new case number should be used on all future correspondence and pleadings in this action.