

*Superintendent*  
Clinton Carter

*Board Members*  
Tommie Miller, *Chairman*  
Vickie Jernigan, *Vice Chairman*  
Dave Borden

Margaret Carpenter  
Herman Harris  
Dr. Mark LaBranche  
Henry A. Spears

307 South Decatur Street  Montgomery, Alabama 36104    P.O. Box 1991  36102-1991  
(334) 223-6700    (334) 269-3076 fax    www.mps.k12.al.us

April 11, 2002

Mr. Bobby Garrison  
8219 Parkview Ct.  
Montgomery, AL 36117

RE:    NOTICE OF FULL-TIME EMPLOYMENT

POSITION/LOCATION:    General Laborer I  
                      Logistics Dept  
SALARY:               $15,679.20 annually  
WORK TERM:            12 months  
EFFECTIVE DATE:       April 15, 2002

This will confirm your full-time employment as stated above.

Under the provisions of the Fair Dismissal Act (Ala. Code 36-26-100), your employment is probationary for a period of three years from the date of initial hire.

If you have any questions regarding your assignment or other aspect of your employment, you should discuss it with your supervisor.

We are pleased to have you with Montgomery Public Schools.

Sincerely,

Mark Casillas  
Personnel Specialist  
Office of Human Resources

MACtp

Copy: √Logistics Dept.


DEFENDANT'S EXHIBIT 2