**MONTGOMERY PUBLIC SCHOOLS**
City and County
Montgomery, Alabama

**SUPERINTENDENT'S OFFICE**                                JUNE 11, 2003

Board of Education
Montgomery County

Dear Board Members:

I hereby nominate the following persons for the positions listed below and report other changes as noted:

## CERTIFIED PERSONNEL:

### ADMINISTRATION BUILDING

1. **Donald Dotson**, director, Logistics Department, Office of Operations, be transferred to director, Career Technical Education, effective July 1, 2003, annual salary and work term to remain the same, replacing **Anita Sherman**, retired earlier.

2. **Sherri Herring**, 12-month educational specialist, Office of Student & Community Services, be transferred to **Probationary Principal at Catoma Elementary**, pursuant to provisions of the Teacher Accountability Act for a contract period of two (2) years, effective July 1, 2003, at an annual salary of $59,291.52; work term to remain the same, replacing **Sherry Dyess**, transferred earlier.

3. **Jan Hill**, 12-month educational specialist, Magnet Recruiter, Office of Curriculum & Instruction, be transferred to **Probationary Principal at Forest Avenue Magnet**, pursuant to provisions of the Teacher Accountability Act for a contract period of two (2) years, effective July 1, 2003, at an annual salary of $59,415.72; work term to remain the same, replacing **Sarah T. Bone**, retired earlier.

### BOOKER T. WASHINGTON MAGNET HIGH SCHOOL

4. **Quinton T. Ross, III**, principal, be transferred to educational specialist at Adult Education, effective July 1, 2003, annual salary and work term to remain the same, program needs.

### CAPITOL HEIGHTS JUNIOR HIGH SCHOOL

5. **Mary Simmons**, principal, be transferred to zone coordinator, Bellinger Hill, Office of Curriculum & Instruction, effective July 1, 2003, annual salary and work term to remain the same, replacing **Cynthia McCaghren**, retired earlier.



DEFENDANT'S EXHIBIT 5