**NOTICE**    **NOTICE**    **NOTICE**

## MONTGOMERY PUBLIC SCHOOLS
## OFFICE OF SUPPORT PERSONNEL

**POSITION ANNOUNCEMENT**

**February 9, 2004**
**DATE**

## LABORER I - OPERATIONS DEPARTMENT

**QUALIFICATIONS:**
- High school or G.E.D. equivalent desired but not required.
- Residential and/or commercial landscaping, grounds and facility maintenance or similar activities desired, but not required.
- Ability to carry out tasks requiring moderate physical exertion and some heavy lifting, working outside in various conditions.
- Valid drivers license and MPS insurable driving record.
- Ability to follow instructions both oral and written.

**DUTIES AND RESPONSIBILITIES MAY:**
- **Various work assignments within the Operations Department – duties may vary based on assignment.**
- Operates various types of vehicles and various types of grounds keeping equipment such as heavy-duty movers (walking and riding), weedeaters, bushhogs, tractors, etc.; trim shrubs; sprays lawn treatment chemicals.
- Maintains warehouse shipping and receiving area, and the storage of all donated and surplus equipment.
- Loads equipment on trailers and assigns correct lot numbers.
- Facilitates the pickup of all surplus and donated equipment throughout the city; loads and unloads equipment and supplies.
- Complete accurate paperwork pertaining to all pickups and deliveries.
- Assists in keeping warehouse, maintenance work area or assigned department organized for maximum efficiency.
- Any other duties within operations as directed.

**BEGINNING SALARY:**    $16,149.60 annual

**WORK TERM:**    12 months

**CLOSING DATE:**    February 16, 2004

**A MANDATORY BACKGROUND CHECK IS REQUIRED INCLUDING FINGERPRINTS AND A $49.00 FEE**

**HOW TO APPLY:** Submit application for classified employment (Form EA001-95) to Support Personnel Office, Montgomery Public Schools, P.O. Box 1991, and 307 South Decatur Street, Montgomery, AL 36102-1991. ALL CANDIDATES MUST SUBMIT A CURRENT APPLICATION FORM. A resume not accompanied by a completed application is not acceptable. Questions should be directed to the Support Personnel Office, (334) 223-6740.

THE MONTGOMERY PUBLIC SCHOOL SYSTEM IS AN EQUAL OPPORTUNITY EMPLOYER. NO PERSON SHALL BE DENIED EMPLOYMENT, BE EXCLUDED FROM PARTICIPATION IN ANY PROGRAM OR ACTIVITY ON THE BASIS OF DISABILITY, SEX, RACE, RELIGION, NATIONAL ORIGIN, COLOR OR AGE.

DEFENDANT'S EXHIBIT 6

ANNOUNCEMENT: CL-04-14