# Memorandum

**To:** Mr. Jackie Todd

**From:** Mr. Bobby Garrison

**Date:** December 11, 2003

**Re:** Mike Strength

On Tuesday December 9th at 7:40 am Andre Glover, Terrell Price, Tommie Williams, and I were at the warehouse picking up our truck to deliver several computers Carver and Jeff Davis High Schools. We were approached by Mike Strength and asked to cut each box open and write the serial number off of each computer. I explained to him that Mr. Dotson had already bar coded each computer and had a written record of each number. Mike Strength's response to me in a very degrading tone was "Mr. Dotson doesn't run this department its how I want it done". In an effort to avoid a confrontation I walked over to get a cup of coffee when he yelled provokingly "**Don't you walk away from me!**" Mr. Todd I am sending you this correspondence to ask again for your assistance and assurance that we can work in a professional environment free from the degrading and unprofessional treatment of Mike Strength. Thanking you in advance I will be patiently awaiting your response.

Cc: Mr. Jerry Adams
    Mr. Mark Cassillas
    Mr. Jimmy Barker
    Dr. Clinton Carter



DEFENDANT'S EXHIBIT 8