August 12, 2003

Mr. Bobby Garrison
8219 Parkview Ct.
Montgomery, AL 36117

Mr. Jackie Todd
Montgomery County Board of Education
307 South Decatur Street
P.O. Box 1991
Montgomery, AL 36104

Dear Mr. Todd:

I am writing this letter with regard to your impromptu decision to call me into your office to be reprimanded in front of witnesses and my not being able to have anyone present on my behalf. Furthermore, I'm writing because the meeting was unwarranted and inappropriate, as I'm not of the understanding that Mr. Ronnie Cosby and any other Level II employee is my immediate supervisor. Also, I felt very threatened by the comments you made concerning my tenure, and when you stated that "I had better not say it is a black/white issue or you yourself would take me to the personnel director." I am very distressed to know that I am working under such conditions when I am giving 100% of myself for a rating of impeccable job performance.

I have come to expect a high degree of judgment and integrity for those in authoritative positions. It was therefore as surprising as it was distressing for me to experience the encounter with you on August 12, 2003. It shows short-sightedness on your part and all those that were present. I find the behavior unprofessional and racially inclined.

I would like to discuss this issue further, at your earliest convenience. Perhaps there are some misunderstandings to be cleared up. Thanks for your immediate attention to this situation.

Respectfully,

*Bobby Garrison*

Mr. Bobby Garrison

bg
cc: Jimmy Barker, EEO, Montgomery County Board of Education


DEFENDANT'S EXHIBIT 9