**MONTGOMERY PUBLIC SCHOOLS**     SUPPORT STAFF EVALUATION     **MONTGOMERY, ALABAMA**

| Garrison, Bobby | Logistics Dept | Laborer I | 2003-2004 |
|---|---|---|---|
| Last Name, First Name, M.I. | School | Job Title | School Year |

This instrument will be used by Principals and other direct supervisors for the evaluation of the support staff. An unsatisfactory rating on one or more items may be cause for dismissal, depending upon the nature and severity of the item(s). It is recognized that the primary purpose of evaluation is to promote improvement of the staff's competency and effectiveness.

Principals or other direct supervisors will give a copy of this instrument to each staff member at the beginning of the year.

All staff members will be evaluated annually by April 15 by the immediate supervisor. New staff members shall also be evaluated during the first semester by the immediate supervisor.

The legend for evaluations will be S for satisfactory, N for needs improvement, U for unsatisfactory, and X for not observed.

## DETAILED EVALUATION

1. **S** PERFORMANCE OF RESPONSIBILITIES — Does employee do what is expected in the job?
2. **S** SKILL LEVEL — Are the necessary skills mastered to a sufficient level?
3. **S** QUALITY OF WORK — Accuracy, neatness, completeness and/or thoroughness of work performed.
4. **S** QUANTITY OF WORK — The amount and promptness of satisfactory work completed.
5. **S** KNOWLEDGE OF POSITION — Extent to which the employee knows the "What" and "Why" of the job.
6. **S** USE OF TIME — Planning of work, offering assistance to others, etc.
7. **S** INITIATIVE — Amount of guidance required, resourcefulness and procedures.
8. **S** RESPONSIBILITY AND DEPENDABILITY — In absence of supervision.
9. **S** ATTENDANCE AND PUNCTUALITY — Use of leave and time of arrival and departure.
10. **N** COOPERATION — Consideration of other employee's work, working with others, etc.
11. **S** PUBLIC RELATIONS — Courteous: Answering telephone, greeting visitors, supplying correct information, etc.
12. **S** PERSONAL QUALITIES — Manifests tact, loyalty, neatness in dress, self-control, patience, etc.
13. **S** INTEREST — Employee's adaptability, attitude and willingness.
14. **S** ACCEPTANCE OF CONSTRUCTIVE CRITICISM

Evaluator: (Check one)

✓ See Explanation on Back.

___ No Explanations Attached.

Evaluator: Donald Odom
Title: Director
Date: 4/04/03

(See Reverse Side)

Employee's Acknowledgement of Contents of this Evaluation:
Comments: (Check one)

___ See Comments on Back Page.

___ No Comments Attached.

Employee: Bobby Aum
Social Security No.: 421-78-6/44
Date: 4/10/03



MPS 198-90

## REGULATIONS FOR USE OF INSTRUMENT

1. The principal or immediate supervisor will evaluate each staff member each school year.

2. The principal or immediate supervisor will send to the Superintendent's office by April 15 each school year an evaluation for each staff member.

3. The evaluator will explain, in space provided below, each unsatisfactory rating shown on reverse side of this instrument. All *N's* and *U's* will be discussed with the staff member.

4. The evaluator will commend, in space provided below, a staff member for outstanding qualities and/or performances, as appropriate.

5. The principal or immediate supervisor will confer with each staff member concerning the annual evaluation of the staff member's performance. The evaluator's specific ratings using this instrument will be discussed with the staff member. The staff member may submit comments. (See space provided).

6. The principal or immediate supervisor will send to the Superintendent's office prior to March 1 an evaluation for a staff member when that staff member's performance is unsatisfactory and release is recommended.

7. At any other time release is recommended an evaluation must be completed and forwarded immediately to the Superintendent's office.

*EXPLANATIONS: Must work on issues that develop conflict with other employees while on duty. I have seen much improvement lately. Needs to enhance communication and interpersonal skills when working on tasks that require a collaborative effort of manpower.

*COMMENDATIONS: Very dependable employee, completes all tasks given and readily accepts other duties. Very consistent worker.

*EMPLOYEE'S COMMENTS: