MONTGOMERY PUBLIC SCHOOLS    SUPPORT STAFF EVALUATION    MONTGOMERY, ALABAMA

Garrison, Bobby — Last Name, First Name, M.I.
Logistics Dept. — School
Laborer I — Job Title
2003/2004 — School Year

This instrument will be used by Principals and other direct supervisors for the evaluation of the support staff. An unsatisfactory rating on one or more items may be cause for dismissal, depending upon the nature and severity of the item(s). It is recognized that the primary purpose of evaluation is to promote improvement of the staff's competency and effectiveness.

Principals or other direct supervisors will give a copy of this instrument to each staff member at the beginning of the year.

All staff members will be evaluated annually by April 15 by the immediate supervisor. New staff members shall also be evaluated during the first semester by the immediate supervisor.

The legend for evaluations will be S for satisfactory, N for needs improvement, U for unsatisfactory, and X for not observed.

## DETAILED EVALUATION

1. **S** PERFORMANCE OF RESPONSIBILITIES — Does employee do what is expected in the job?
2. **S** SKILL LEVEL — Are the necessary skills mastered to a sufficient level?
3. **S** QUALITY OF WORK — Accuracy, neatness, completeness and/or thoroughness of work performed.
4. **S** QUANTITY OF WORK — The amount and promptness of satisfactory work completed.
5. **S** KNOWLEDGE OF POSITION — Extent to which the employee knows the "What" and "Why" of the job.
6. **S** USE OF TIME — Planning of work, offering assistance to others, etc.
7. **S** INITIATIVE — Amount of guidance required, resourcefulness and procedures.
8. **S** RESPONSIBILITY AND DEPENDABILITY — In absence of supervision.
9. **S** ATTENDANCE AND PUNCTUALITY — Use of leave and time of arrival and departure.
10. **N** COOPERATION — Consideration of other employee's work, working with others, etc.
11. **S** PUBLIC RELATIONS — Courteous: Answering telephone, greeting visitors, supplying correct information, etc.
12. **S** PERSONAL QUALITIES — Manifests tact, loyalty, neatness in dress, self-control, patience, etc.
13. **S** INTEREST — Employee's adaptability, attitude and willingness.
14. **N** ACCEPTANCE OF CONSTRUCTIVE CRITICISM

Evaluator: (Check one)
___ See Explanation on Back.
✓ No Explanations Attached.

Evaluator _[signature]_
Title Director - Logistics
Date 5/5/04

Employee's Acknowledgement of Contents of this Evaluation:
Comments: (Check one)
___ See Comments on Back Page.
___ No Comments Attached.

Employee Bobby Garrison
Social Security No. 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
Date 5-5-04

(See Reverse Side)

MPS 198-90

DEFENDANT'S EXHIBIT 13