

*Superintendent*
Clinton Carter

*Board Members*
Tommie Miller, *Chairman*
Vickie Jernigan, *Vice Chairman*
Dave Borden

Margaret Carpenter
Herman Harris
Dr. Mark LaBranche
Henry A. Spears

307 South Decatur Street  Montgomery, Alabama 36104    P.O. Box 1991  36102-1991
(334) 223-6700    (334) 269-3076 fax    www.mps.k12.al.us

June 25, 2004

CERTIFIED MAIL

Mr. Bobby Garrison
8219 Parkview Court
Montgomery, AL  36117

RE:  TERMINATION OF EMPLOYMENT
     Effective July 12, 2004
     Laborer I, Logistics Department

Dear Mr. Garrison:

The Montgomery County Board of Education acted to terminate your employment effective July 12, 2004. The action was conducted at the Board of Education meeting on June 24, 2004, and adheres to the Fair Dismissal Act.

If you have any questions, you can contact me at (334) 223-6740.

Sincerely,

Mark Casillas
Support Personnel Specialist
Office of Human Resources

MCsh

Copy: ✓Logistics Department


DEFENDANT'S EXHIBIT 14