**MONTGOMERY PUBLIC SCHOOLS**
City and County
Montgomery, Alabama

**Superintendent's Office**                              August 26, 2004

Board of Education
Montgomery County
Montgomery, Alabama

Dear Board Members:

I hereby nominate the following <u>support personnel</u> for the positions listed below and report other changes as noted:

### OFFICE OF CURRICULUM AND INSTRUCTION

S1. **Samuel Motley**, 8-Hour Custodian, 12-month, Professional Development Center, be retired, effective July 2, 2004.

S2. **Valencia E. Staten**, Administrative Secretary III, Career Tech Office, be granted Educational Leave of Absence, beginning August 23, 2004, through December 6, 2004.

### OFFICE OF FINANCE

S3. **Christie S. Atkinson**, Administrative Secretary III, Purchasing, be resigned, last day worked, August 3, 2004.

S4. **Phillip Dobbins**, Laborer VI, Finance, be transferred to Classified Specialist, Finance, beginning June 25, 2004, 12-month work term, annual salary rate of $54,184.08, program needs.

### OFFICE OF OPERATIONS

S5. **James L. Graves**, Laborer II, Data Management Tech, Computer Services, be transferred to Laborer III, Data Management Tech, Computer Services, beginning August 1, 2004, 12-month work term, annual salary rate of $25,399.92, program needs.

S6. **Marlon E. Jernigan**, be employed as Laborer III, Data Management Tech, Computer Services, beginning August 9, 2004, 12-month work term, annual salary rate of $25,399.92, program needs.

DEFENDANT'S EXHIBIT 15

**Superintendent's Office**                    -2-                    **August 26, 2004**

**OFFICE OF OPERATIONS**

S7.  **Carl A. Johnson**, Laborer II, Data Management Tech, Computer Services, be transferred to Laborer III, Data Management Tech, Computer Services, beginning August 1, 2004, 12-month work term, annual salary rate of $25,399.92, program needs.

S8.  **Lisa M. Brown**, Laborer I, Logistics, be transferred to Laborer II, Logistics, beginning August 1, 2004, 12-month work term, annual salary rate of $19,914.84, replacing **Bobby Garrison**, non-renewed.

S9.  **Odeather P. Chapman**, Laborer I, Logistics, be transferred to Laborer II, Logistics, beginning August 1, 2004, 12-month work term, annual salary rate of $19,914.82, replacing **Lennon Whiting**, transferred.

S10. **Clifton Wayne Free**, be employed as Laborer II, Logistics, beginning August 12, 2004, 12-month work term, annual salary rate of $19,914.84, replacing **Andre Glover**, non-renewed.

S11. **Ruth C. Simersky**, Laborer II, Logistics, be resigned, last day on payroll, September 3, 2004.

S12. **Arthur L. Streeter**, 8-Hour Custodian, Logistics, be transferred to 8-Hour Custodian, Capitol Heights Junior High, beginning July 30, 2004, work term and annual salary rate to remain the same, program needs.

S13. **Teresa Williams**, Laborer I, Logistics, be transferred to Laborer II, Logistics, beginning August 1, 2004, 12-month work term, annual salary rate of $19,914.82, replacing **Chemeka Thomas**, non-renewed.

S14. **Clarence D. Allen**, be employed as Laborer II, Maintenance, beginning August 16, 2004, 12-month work term, annual salary rate of $19,914.84, replacing **Donald Boyd**, non-renewed.

S15. **John W. Dirickson**, be employed as Laborer II, Maintenance, beginning August 23, 2004, 12-month work term, annual salary rate of $19,914.84, replacing **Wilbert Nesbitt**, Laborer III, Maintenance, be granted Illness Leave of Absence, June 3, 2004, through June 30, 2004; July 1, 2004 through August 30, 2004; be retired (disability) effective September 1, 2004..

S16. **Terry McCullough**, Laborer III, Maintenance, be granted Illness Leave of Absence, July 9, 2004, through September 8, 2004.