EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | 130-2004-03400 |

|  | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name (Indicate Mr., Ms., Mrs.) | Home Phone No. (Incl Area Code) | Date of Birth |
|---|---|---|
| Mr. Bobby Garrison | (334) 270-5781 | |

| Street Address | City, State and ZIP Code |
|---|---|
| 8219 Parkview Court Montgomery, AL 36117 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| MONTGOMERY COUNTY BOARD OF EDUCATION | 201 - 500 | (334) 269-3000 |

| Street Address | City, State and ZIP Code |
|---|---|
| 307 South Decatur Street, Montgomery, AL 36104 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 04-21-2004    Latest: 06-25-2004
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired by the above-named employer on April 15, 2002, to work in the Logistic Department in the position of Laborer 1. I was assigned various tasks that were degrading and always assigned to black employees. On one particular occasion, I was told by Mike Strength, Supervisor, "Get out there and wash my car and wash Jacky Todd's car too." I have complained about and reported the discriminatory practices to Jimmy Barker, Assistant Superintendent, Jacky Todd, Director of Logistic, Mark Casillas, Director of Support Personnel and to Clinton Carter Superintendent and nothing was ever done. I was retaliated against for reporting a protected act by being terminated on July 12, 2004. Jacky Todd permits Mike Strength to demoralize Black workers on a daily basis. Whites are hired and promoted over Blacks no matter how inexperienced they are.

I was not afforded a reason as to why I was terminated.

I believe I have been discriminated against because of my Race, Black in violation of Title VII of the 1964, Civil Rights Act, as amended.

(AMENDED CHARGE-ORIGINAL CHARGE FILED JUNE 29, 2004)    NOV 18 2004

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 11/16/04          Bobby Garrison
Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE (month, day, year ) |

DEFENDANT'S EXHIBIT 16