IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BOBBY GARRISON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:05cv549-A |
| | ) |
| MONTGOMERY COUNTY BOARD | ) |
| OF EDUCATION, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

The Defendants' Motion for Summary Judgment (Doc. #11), filed on December 14, 2005, will be deemed submitted to this Court on January 12, 2006, without oral argument. If either party desires oral argument, such party should so notify the Court and opposing counsel by January 12, 2006. If, after considering the parties' submissions, the Court finds oral argument is necessary, a hearing will be scheduled, and the parties will be notified of the date of the hearing.

Affidavits, briefs, depositions, or other documents which the Plaintiff wishes to file in opposition to said motion shall be filed on or before January 5, 2006.

The Defendants shall have until January 12, 2006, to file any reply they wish to file.

If a document, including a deposition, is to be considered on the issue of summary judgment, a party shall specifically designate which parts of the document are deemed relevant. The designation of parts of depositions shall be by page and line numbers. No parts of documents not so specifically designated will be considered.

DONE this 15th day of December, 2005.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE