IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

BOBBY GARRISON,

    Plaintiff,

-vs-　　　　　　　　　　　　　　　　　　　　　　Case No. 2:05-cv-549

MONTGOMERY COUNTY BOARD
OF EDUCATION, et al.,

    Defendants.

## NOTICE OF MEDIATION AND SETTLEMENT CONFERENCE

COME NOW Juraldine Battle-Hodge for the Plaintiff and James R. Seale for the Defendants, and pursuant to the Court's July 14, 2005 *Uniform Scheduling Order* state as follows:

1.   A face-to-face meeting for the purposes of settlement negotiations was held this date regarding settlement possibilities.

2.   Parties advise the Court there is no possibility for settlement of this case at this time.

3.   The parties do not believe mediation will assist them in resolving this case short of trial.

The undersigned attests that Juraldine Battle-Hodge has agreed to the foregoing and has authorized me to execute this document and electronically file same on her behalf.

RESPECTFULLY SUBMITTED this the 4th day of January, 2006.

BOBBY GARRISON, Plaintiff,

By:   /S/   Juraldine Battle-Hodge
    Juraldine Battle-Hodge (3072-G-61J)
    LAW OFFICES OF JURALDINE
      BATTLE-HODGE
    Post Office Box 210243
    Montgomery, Alabama 36121-0243
    (334) 262-1177
    (334) 263-5569 - fax
    E-mail: battleb@bellsouth.net
**Counsel for Plaintiff**

MONTGOMERY COUNTY BOARD OF EDUCATION, CARLINDA PURCELL, JIMMY BARKER, JACKY TODD, MIKE STRENGTH, and MARK CASILLAS, Defendants,

By:   /S/   James R. Seale
    James R. Seale (3617-E-68J)
    Elizabeth Brannen Carter (3272-C-38E)
    Jayne L. Harrell (6544-Y-85H)
    HILL, HILL, CARTER,
      FRANCO, COLE & BLACK, P.C.
    Post Office Box 116
    Montgomery, Alabama 36101-0116
    (334) 834-7600
    (334) 263-5969 - fax
    E-mail: jrs@hillhillcarter.com
    E-mail: ecarter@hillhillcarter.com
    E-mail: jharrell@hillhillcarter.com
**Counsel for Defendants**
wwm/6630.0160/f:Notice-Mediation and Settlement Conference.wpd