# EXHIBIT "D"



*Superintendent*
Clinton Carter

*Board Members*
Tommie Miller, *Chairman*
Vickie Jernigan, *Vice Chairman*
Dave Borden

Margaret Carpenter
Herman Harris
Dr. Mark LaBranche
Henry A. Spears

307 South Decatur Street  Montgomery, Alabama 36104     P.O. Box 1991  36102-1991
(334) 223-6700     (334) 269-3076 fax    www.mps.k12.al.us

April 11, 2002

Mr. Bobby Garrison
8219 Parkview Ct.
Montgomery, AL 36117

RE: NOTICE OF FULL-TIME EMPLOYMENT

POSITION/LOCATION:   General Laborer I
                     Logistics Dept
SALARY:              $15,679.20 annually
WORK TERM:           12 months
EFFECTIVE DATE:      April 15, 2002

This will confirm your full-time employment as stated above.

Under the provisions of the Fair Dismissal Act (Ala. Code 36-26-100), your employment is probationary for a period of three years from the date of initial hire.

If you have any questions regarding your assignment or other aspect of your employment, you should discuss it with your supervisor.

We are pleased to have you with Montgomery Public Schools.

Sincerely,

Mark Casillas
Personnel Specialist
Office of Human Resources

MACtp

Copy: √ Logistics Dept.