# EXHIBIT "E"

# #2:05-cv-0549-A

# EXHIBIT E
# DEPOSITION OF
# MICHAEL RAY STRENGTH

# IS NOT SCANNED.

# EXHIBIT E IS FILED IN

# CONVENTIONAL FORMAT AND

# AVAILABLE FOR VIEWING IN THE

# CLERK'S OFFICE.

# EXHIBIT E PLACED IN SEPARATE

# BROWN FOLDER

# WITH THE FILE.