# EXHIBIT F

62

1  A.  No. He was doing different things just
2      like driving a truck around, picking up
3      computers, picking up books, doing this --
4      Warren Davis was working with the
5      science kits. The principal of -- what's
6      that? Loveless? Houston Hill? After they
7      moved him -- removed him from the
8      principal's job, he came out to Logistics
9      to work with the science kits.
10 Q.  If you'll look at paragraph 16 of your
11     complaint.
12 A.  16?
13 Q.  Yes. Does that say that Ronnie Causey had
14     been hired to work with science kits?
15 A.  That say he was assigned to pick up science
16     kits. He wasn't hired to work with science
17     kits. Didn't hire him to work with science
18     kits.
19 Q.  It says: On or about August 5th, 2003,
20     Ronnie Causey, white male, and Plaintiff
21     were assigned to pick up science kits. And
22     in parentheses, Causey is a white employee
23     who had been hired to work at Logistics as

63

1        a Laborer 2 with the science kits.
2             Is that a correct statement or an
3        incorrect statement?
4    A.  This is incorrect right here, to work with
5        the science kits. You have to be a Laborer
6        3 to work with the science kits.
7    Q.  Okay.
8    A.  He might have been picking up some science
9        kits. But work with the science kits, you
10       have to be a Laborer 3.
11   Q.  And before this, when y'all had that thing
12       out on the dock, were y'all going to pick
13       up some science kits?
14   A.  Yes.
15   Q.  Did he do that often?
16   A.  No, because those science kits don't -- I
17       think they stay out maybe a month or so,
18       and then we'll go out -- everybody will
19       pick them up. Everybody deliver them. I
20       mean, there's so many. You know, imagine
21       60 schools. Everybody that can drive goes
22       out and picks up science kits and delivers.
23   Q.  Do you know whether Betty Smith ranked you

77

```
 1   Q.   Anything else?  Any other racial statements
 2        or racist statements Mike Strength made?
 3   A.   That's the only ...
 4   Q.   In Exhibit 10, did you tell Mr. Barker
 5        about those statements other than just
 6        saying he had made some racial statements?
 7   A.   No, I didn't pinpoint it like that.
 8   Q.   You say that Mike Strength assigned
 9        demoralizing tasks to blacks; is that
10        right?
11   A.   Yeah.
12   Q.   And what did you consider a demoralizing
13        task?
14   A.   I was asked on several occasions to go out
15        and -- like you'll see on there, the
16        supervisor thing, to wash his car and wash
17        the director car, so I did that.
18             Next, he would send you out there like
19        at 12 o'clock in the day.  I never seen a
20        white person out there cutting grass.  And
21        you had to cut this whole big field out
22        there with a push mower.  We had to do
23        that.
```

78

1   And one of the -- what's his name had
2   to go over to Daisy Lawrence -- that's
3   where -- In the basement, we carried the
4   computers and things down there, and that's
5   where they used -- was using the storage
6   area for, the computers and things. And
7   all the sewage pipe had busted and drained
8   down in there.
9       He sent Jerome Williams, myself, and
10  Johnny Mitchell over there I guess for a
11  week or two. One of the guys got sick from
12  it, and they -- Jerome Williams, I think.
13  I don't know if he quit or -- because he
14  didn't show up for two or three days. I
15  don't know if they fired him or he just
16  quit.
17      And it wasn't nothing but blacks over
18  there.
19 Q. So in that Exhibit 10, you told Mr. Barker
20  the example about Mike Strength saying get
21  out there and wash my car and wash Jacky
22  Todd's car, too. You told him about that
23  one? Yes or no.