# EXHIBIT G

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BOBBY GARRISON, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 2:04-cv-549-A |
| | ) | |
| MONTGOMERY COUNTY BOARD OF EDUCATION, ET AL., | ) ) ) | |
| | ) | |
| DEFENDANTS. | ) | |

### AFFIDAVIT OF BOBBY GARRISON

Before me, the undersigned authority in and for said county and state personally appeared Bobby Garrison who is known to me and being duly sworn, deposes and says under oath as follows:

1. My name is Bobby Garrison. I am over the age of nineteen and I have personal knowledge of the matter set forth herein.

2. I am the Plaintiff in the above styled case.

3. I was employed with the Montgomery County Board of Education from on or about April 2002 to July 12, 2004.

4. I was hired as a General Laborer I.

5. I was made to perform degrading and demoralizing activities.

6. For example, I was made to mow grass with a push lawn mower, when there was a grass crew to mow grass.

7. Ronnie Causey, white/male, was not made to cut grass.

8. Ronnie Causey was not required to clean the computers out at Daisy Lawrence.

9. Ronnie Causey was not my supervisor and I was never told such. I was never assigned to work under Ronnie Causey.

10. I do not believe that Mr. Causey interview for the Laborer III position was conduct like his was.

11. Ronnie Causey was not at any time while I was at logistics required to cut grass, wash cars or pick up trash.

12. Even though I was supplied with boots, a jump suit and gloves, the conditions in the basement of Daisy Lawrence were so horrific and unsanitary that a health hazard probably existed.

Further saith not.

Dated this the 5th day of January 2005

_____
BOBBY GARRISON

**STATE OF ALABAMA**
**COUNTY OF MONTGOMERY**

On this the 5TH day of January 2006, before me, the undersigned Notary Public, in and for said State and County, personally appeared, Bobby Garrison who is known to me, and states that the foregoing information is true and correct to the best of his information, belief and knowledge, and that he executed same voluntarily on the day the same bears date.

_____
NOTARY PUBLIC

3/25/08
My Commission Expires