# EXHIBIT H

December 1, 2003

Mr. Bobby Garrison
8219 Parkview Ct.
Montgomery, AL 36117

Mr. Jimmy Barker, Assistant Superintendent
Human Resource
Montgomery County Board of Education
307 South Decatur Street
P.O. Box 1991
Montgomery, AL 36104

Dear Mr. Barker:

I am writing this letter to lodge a formal complaint against Mike Strength, Jacky Todd, and Montgomery Public Schools regarding their hiring practices, racial discrimination, and unfair, demoralizing treatment of Blacks in the Logistic Department. I have worked for the Montgomery County Board of Education for one and a half years. I am a hard worker; one who believes in completing any and all tasks given in a prompt timely manner and with unprecedented pride.

In our last meeting, you assured me that you would personally be present at my next interview, to ensure fair and equitable treatment. Mr. Barker, without your knowledge or the time to inform you, I was interviewed one morning immediately after arriving for work. Upon arrival I was told to report to Mr. Todd's office. When I entered the office, I was startled to see Mike Strength, and Betty Smith sitting in Mr. Todd's office and furthermore to my disbelief I was told that I was being interviewed for the Laborer III position for which I had applied. The interview was conducted by the said individuals. I was not informed of who was hired in the position but on two different occasion Ronnie Causey told me that he was my boss. (I later learned that Ronnie Causey was hired in the position as stated in the Board minutes dated November 11, 2003 , Ronnie Causey, Laborer II Logistics being transferred to Laborer III, Logistics beginning October 14, 2003.) I felt it was grossly unfair that I was not given fair and equitable treatment.

Mike Strength on many occasions has made racial statements, and assigned demoralizing tasks to blacks. On one specific occasion I was called into the office by Mike Strength and Jacky Todd and spoken to in a very condescending tone in front of my co-workers. During this meeting Mike Strength leaned back unprofessionally in the chair he was sitting in propping his feet on the desk just inches in front of my face. Mr. Todd did not say anything or intervene. I found this demoralizing and inappropriate treatment of an employee. On another occasion I came into the shop and was given a directive by Mike Strength to "Get out there and wash my car and wash Jacky Todd's car too." This type of treatment seems to be an ongoing issue.

Mr. Barker, I worked in shipping and receiving for nearly twenty years and never have I been spoken to and treated in such a cruel and unethical manner. Professionalism is non-existence in the Logistic Department. Mr. Todd permits, Mike Strength to demoralize Blacks on a daily basis and he does nothing to stop this practice. Whites are promoted over Blacks no matter how inexperience they are.

I am asking for your assistance in helping to remedy this practice of unfair and demoralizing treatment and hiring practice, which I feel is racially motivated by Mike Strength towards those of us working hard to do our jobs with pride. As a professional I found it necessary to submit this correspondence in writing and I am patiently awaiting your response.

I would like to thank you in advance for all consideration and action taken by you and the board to resolve this matter.

Sincerely,

*Bobby Garrison*
Bobby Garrison

cc: Mr. Mark Casillas
    Mr. Jacky Toddy
    Mr. Jerry Adams
    Mr. Clinton Carter