IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BOBBY GARRISON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:05cv549-WHA |
| ) | |
| MONTGOMERY COUNTY BOARD OF ) | |
| EDUCATION, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

The Plaintiff has included fictitious parties as Defendants in the caption of this case.

Since the naming of fictitious defendants is not authorized in federal procedure, it is hereby

ORDERED that Defendants "A," "B," and "C," are STRICKEN.

DONE this 16th day of February, 2006.


/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE