IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BOBBY GARRISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:05cv549-WHA |
| | ) | (WO) |
| | ) | |
| MONTGOMERY COUNTY BOARD | ) | |
| OF EDUCATION, CARLINDA | ) | |
| PURCELL, JIMMY BARKER, JACKY | ) | |
| TODD, MARK CASILLAS AND | ) | |
| MIKE STRENGTH, | ) | |
| | ) | |
| Defendants. | ) | |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered on this day granting the Defendants' Motion for Summary Judgment:

Judgment is entered in favor of the Defendants, Montgomery Board of Education, Carlinda Purcell, Jimmy Barker, Jacky Todd, Mark Casillas, and Mike Strength and against Plaintiff, Bobby Garrison.

Costs are taxed against the Plaintiff.

DONE this 10th day of March, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE